IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Criminal No. 14-5 |
| v.    ) | |
| ) | Judge Cathy Bissoon |
| DENNIS ROCKOT,    ) | |
| ) | |
| Defendant.    ) | |

**ORDER**

Defendant's Motion (Doc. 53) for compassionate release, based on Covid-19 related health concerns, will be denied.

The Court agrees with Defendant that his documented health-conditions are not (entirely) insignificant. Nevertheless, the Court is required to balance these factors with the ones resulting in his original sentence, pursuant to 18 U.S.C. § 3553.

The Court finds release unjustified given the nature, circumstances and seriousness of Defendant's offense, and the needs for just punishment and deterrence. Defendant is serving a statutory-minimum sentence of ten years' imprisonment for possessing child pornography. He previously had been convicted of more serious child sex crimes in this Court, and he committed the instant offense while on supervision for the prior crimes. At sentencing, the Court noted its serious concerns regarding Defendant's history of recidivism; and that view remains unchanged.

Having weighed the specific facts and circumstances regarding Defendant, vis-à-vis Covid-19 − along with all of the considerations in Section 3553 – the Court cannot agree that

release is warranted.  For these reasons, along with the others identified in the government's opposition (Doc. 55), Defendant's Motion (**Doc. 53**) for compassionate release is **DENIED**.[1]

    IT IS SO ORDERED.


February 1, 2021                                                   s\Cathy Bissoon
                                                                  Cathy Bissoon
                                                                  United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Dennis Rockot
05943-068
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ  08640

---

[1] The Court acknowledges Defendant's assertion that he recently has tested positive for Covid-19.  *See* Doc. 60.  While this is unfortunate, it does not change the Court's calculus in denying the instant Motion.